ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 18 2021
at 11 o'clock and 30 min. A M
MICHELLE RYNNE, CLERK

| | |
|---|---|
| In the Matter of | |
| Noah D. Fiddler | MC 21-00320DKW-RT |

### ORDER OF IMMEDIATE RESTRAINT

The Court having been advised that an Order Granting Petition was filed in the Supreme Court of the State of Hawaii on July 16, 2021, granting the petition for the immediate restraint of Noah D. Fiddler from the practice of law, filed on July 1, 2021 by the Office of Disciplinary Counsel of the State of Hawaii, pending final disposition of a disciplinary proceeding based on Fiddler's conviction on five felony and twelve misdemeanor counts of tax-related crimes under state law;

It appearing to the Court that Noah D. Fiddler was admitted to practice before this Court on July 1, 1982;

This Court, on August 18, 2021, having issued an Order to Show Cause why Noah D. Fiddler should not be suspended from practicing law in this Court in accordance with Local Rule 83.4(d);

It appearing to the Court that the certified mailing of the Order to Show Cause was delivered to an agent for final delivery on August 23, 2021 at 9:38 a.m. and that Respondent Noah Fiddler has not filed a response within the 14 days allotted or since;



IT IS HEREBY ORDERED that Noah D. Fiddler is immediately restrained from the practice of law before this Court in accordance with Local Rule 83.4(d); further, Noah D. Fiddler shall not be reinstated to the practice of law before this Court until he provides proof to the Clerk of Court that he has been reinstated to the practice of law by the Supreme Court of the State of Hawaii.

Dated: October 18, 2021 at Honolulu, Hawaii.

_____
J. MICHAEL SEABRIGHT
CHIEF UNITED STATES DISTRICT JUDGE

_____
LESLIE E. KOBAYASHI
UNITED STATES DISTRICT JUDGE

_____
DERRICK K. WATSON
UNITED STATES DISTRICT JUDGE

_____
JILL A. OTAKE
UNITED STATES DISTRICT JUDGE

In the Matter of Noah D. Fiddler, Order of Immediate Restraint